IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07cv5459
JUDGE GUZMAN
MAG. JUDGE MASON

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) ) ) | |
| THE BUFFALO RESTAURANT & ICE CREAM PARLOR LTD. | ) ) | COMPLAINT JURY TRIAL DEMAND |
| Defendant. | ) ) | |

FILED
SEP 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to a class of employees who were adversely affected by such practices. Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or "Commission"), alleges that Defendant The Buffalo Restaurant & Ice Cream Parlor Ltd. ("Buffalo Restaurant") discriminated against Jessica Lowing ("Lowing") and a class of female employees by subjecting them to discrimination and harassment because of their sex. The Commission alleges that as a result of the sexual harassment of Lowing and a class of female employees, the conditions of their employment were made so intolerable that they was constructively discharged. The Commission also alleges that Buffalo Restaurant retaliated against Lowing when she complained by sabotaging her orders.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337,

1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Buffalo Restaurant has continuously been and is now doing business in the State of Illinois in the city of Buffalo Grove, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Buffalo Restaurant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Lowing filed a charge with the Commission alleging violations of Title VII by Defendant Buffalo Restaurant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least 1998, Defendant has engaged in unlawful employment practices at

its restaurant in Illinois, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Such unlawful employment practices include, but are not limited to: subjecting Lowing and a class of female employees to discrimination and harassment because of their sex, retaliating against Lowing, and constructively discharging Lowing and a class of female employees.

8. The effect of the practices complained of in paragraph seven (7) above has been to deprive Lowing and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

9. The unlawful employment practices complained of in paragraph seven (7) were and are intentional.

10. The unlawful employment practices complained of in paragraph seven (7) above were and are done with malice or with reckless indifference to the federally protected rights of Lowing and a class of employees.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Buffalo Restaurant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex;

B. Order Defendant Buffalo Restaurant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant Buffalo Restaurant to make whole a class of female employees by providing appropriate back pay with pre-judgment interest, in amounts to be determined at

trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.  Order Defendant Buffalo Restaurant to make whole a class of female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial;

E.  Order Defendant Buffalo Restaurant to make whole a class of female employees by providing compensation for past and future non-pecuniary losses, including but not limited to emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial;

F.  Order Defendant Buffalo Restaurant to pay a class of female employees punitive damages for its malicious and/or reckless conduct described above, in amounts to be determined at trial;

G.  Grant such further relief as the Court deems necessary and proper in the public interest; and

H.  Award the Commission its costs in this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

/s/ John C. Hendrickson
John C. Hendrickson
Regional Attorney

/s/ Diane I. Smason
Diane I. Smason
Supervisory Trial Attorney

/s/ Jeanne B. Szromba
Jeanne B. Szromba
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 353-7546

5